**Fill in this information to identify the case:**

Debtor name: **BKDJ Investment LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF LOUISIANA**

Case number (if known): **24-10966**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property  12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
☒ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

Column A — Amount of claim — Do not deduct the value of collateral.
Column B — Value of collateral that supports this claim

---

**2.1 BSI Financial Services**
Creditor's Name

314 S. Franklin St.
Second Floor
PO Box 517
Titusville, PA 16354
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number **2890**

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
1. BSI Financial Services
2. Toorak Capital Partners, LLC

**Describe debtor's property that is subject to a lien**
Rental residential building consisting of two duplexes with a total of four units located on Prieur Street in New Orleans, Louisiana. Two units are 3 bedroom with 2 bath and approximately 1200 square feet (2508 and 2510 Prieur Street); One

**Describe the lien**
servicer of mortgage

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount: **$469,920.81**   Value: **$650,000.00**

---

**2.2 BSI Financial Services**
Creditor's Name

314 S. Franklin St.
Second Floor
PO Box 517
Titusville, PA 16354
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
New construction rental residential building with two separate units located at 3226-3228 Jackson Ave., New Orleans, LA. Each unit is three bedroom, two bath and approximately 1400 square feet.

**Describe the lien**
Mortgage servicer

Is the creditor an insider or related party?
☒ No
☐ Yes

Amount: **$272,190.00**   Value: **$400,000.00**

---

Debtor **BKDJ Investment LLC**     Case number (if known) **24-10966**
Name

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number** 4580

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
1. BSI Financial Services
2. Global Integrity Finance LLC

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Global Integrity Finance LLC**<br>Creditor's Name<br><br>**1600 Redbud Blvd.**<br>**4th Floor**<br>**McKinney, TX 75069**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.2** | **Describe debtor's property that is subject to a lien**<br>**New construction rental residential building with two separate units located at 3226-3228 Jackson Ave., New Orleans, LA. Each unit is three bedroom, two bath and approximately 1400 square feet.**<br><br>**Describe the lien**<br>**Mortgage Lender (BSI is servicer)**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $400,000.00 |
|---|---|---|---|---|
| 2.4 | **Toorak Capital Partners, LLC**<br>Creditor's Name<br>**Through Counsel Brandon Brown**<br>**Stewart Robbins & Brown**<br>**301 Main Street, Suite 1640**<br>**Baton Rouge, LA**<br>**70821-2348**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>**Rental residential building consisting of two duplexes with a total of four units located on Prieur Street in New Orleans, Louisiana. Two units are 3 bedroom with 2 bath and approximately 1200 square feet (2508 and 2510 Prieur Street); One**<br><br>**Describe the lien**<br>**Mortgage Lender (BSI is servicer for this debt)**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $0.00 | $650,000.00 |

| Debtor | **BKDJ Investment LLC** | Case number (if known) | **24-10966** |
|---|---|---|---|
| | Name | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply | |
|---|---|---|
| ☐ No | ☐ Contingent | |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. **Specified on line 2.1** | ☐ Unliquidated | |
| | ☐ Disputed | |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.  $742,110.81

### Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Brandon Brown**<br>**Stewart Robbins & Brown**<br>**301 Main St., #1640**<br>**Baton Rouge, LA 70801** | Line **2.1** | |