**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 24-10966 |
| | * | |
| BKDJ INVESTMENTS LLC | * | CHAPTER 11 SBRA |
| | * | |
| DEBTOR | * | DIVISION "A" |

******************************************

## DEBTOR'S MOTION TO EMPLOY REAL ESTATE AGENT JOHN WEAVER AND TERMS OF EMPLOYMENT

BKDJ Investments LLC, the debtor-in-possession herein ("Debtor"), files this Motion to Employ Realtor John Weaver ("Realtor") to list for sale the residential real properties located at 2508-10-12 South Prieur St., New Orleans, LA and 3226 and 3228 Jackson Avenue, New Orleans, LA and respectfully represents as follows:

1.

Debtor filed for relief under Chapter 11 of the United States Bankruptcy Code on May 22, 2024. Debtor is a debtor-in-possession with all the rights and interests of a debtor-in-possession.

2.

Pursuant to 28 U.S.C. §157 (b) and §1334, this Court has jurisdiction (i) to hear and determine this Application, and (ii) over the persons and property affected hereby. The subject matter of the Application is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A) and (M). Venue of this proceeding and this Application is proper in this District pursuant to 28 U.S.C. §§1408 and 1409.

3.

Debtor seeks to employ Realtor John Weaver of Berkshire Hathaway as a professional person to be employed under 11 U.S.C. Section 327(a).

4.

Under the terms of his employment, Realtor would be retained to sell the residential duplex units located at 2508-10-12 South Prieur St., and 3226-28 Jackson Ave., (the "Properties").

5.

Additionally, Mr. Weaver's employment and the sale of the Properties would be subject to the following terms and conditions:

(i) The sale price for the Property shall not be less than an amount necessary to satisfy the outstanding mortgages on the Properties;

(ii) Realtor shall be given one hundred eighty (180) days (beginning immediately after the entry of this Order to Employ) to market and sell the Properties. The sales price, with the caveat above, shall be determined by the Debtor. In no event will a sale take place unless the mortgage encumbrances can be satisfied in full from the sale proceeds.

(iii) "Bona Fide Sales Contract" is defined as a contract for the sale of the Property (i) that is not to an affiliate or insider; (ii) that is based upon current market terms and conditions; and (iii) that contains no conditions to the obligations of the purchaser other than customary title, survey and due diligence conditions, and financing contingencies, which financing contingencies have either been satisfied or waived.

(iv) Should Realtor be unable to obtain a Bona Fide Sales Contract within this 180-day period, the Properties may be re-listed by Realtor or another Agent at the option of the Debtor.

(v) Realtor's real estate commission shall be based upon the total sale price of the Property and shall not exceed six percent (6%) on the first one hundred thousand and 00/100 dollars ($100,000.00) and four percent (4%) of any amount in excess of $100,000.00. Any real estate commission to be paid at the closing of the sale of the Property shall be paid as a carve out under 11 U.S.C. § 506(c).

(vi) After payment of any real estate commission and other traditional costs of sale to be borne by the seller, including *pro rata* property taxes, the sales

proceeds shall be used to pay all mortgage claims in full. Any residual sale proceeds after these payments shall be considered "Net Sale Proceeds" and will be deposited into the Debtor's debtor in possession bank account.

7.

Debtor and Realtor further agree and understand that upon listing the Properties, it will be disclosed that any proposed sale of the Properties are first subject to bankruptcy court approval. Upon the receipt of an acceptable offer to purchase, a Motion for Court Authority to Approve the Sale of the Property will be filed herein.

8.

To the best of Debtor's knowledge and based upon the attached Affidavit, Realtor is a disinterested person holding no adverse interest to the estate

WHEREFORE, BKDJ Investments LLC, Debtor herein, prays that this Court approve the retention of Professional John Weaver, of the real estate agency Berkshire Hathaway to act as Debtor's Realtor for the purpose of selling the Debtor's real properties located at 2508-10-12 South Prieur St., New Orleans, LA and 3226 and 3228 Jackson Avenue, New Orleans, LA on the terms more fully set forth above, and for all other relief as is equitable and just.

THE DE LEO LAW FIRM LLC

/s/ Robin De Leo
Bar Roll No. 20347
800 Ramon Street
Mandeville, LA 70448
(985) 727-1664
(985) 727-4388 (Facsimile)
elaine@northshoreattorney.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent by electronic filing and/or by first class mail, postage prepaid on June 26, 2024 to:

| | |
|---|---|
| US Trustee Office | USTPRegion05.NR.ECF@usdoj.gov |
| Rachel Vogeltanz<br>United States Trustee | Rachel.Vogeltanz@usdoj.gov |
| Lucy G. Sikes<br>SubChapter V Trustee | lucygsikes1@gmail.com |

And to the parties on the attached mail matrix.

        THE DE LEO LAW FIRM
        /s/ Robin De Leo
        Bar Roll No. 20347
        800 Ramon Street
        Mandeville, LA 70448
        (985) 727-1664
        (985) 727-4388 (Facsimile)
        elaine@northshoreattorney.com