UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 24-10966 |
| BKDJ INVESTMENT, LLC, | § § | CHAPTER 7 |
| DEBTOR. | § § § | SECTION A |

## ORDER

The Court held a status conference on October 1, 2024, to discuss the *United States Trustee's Motion to Dismiss Case, or in the Alternative, To Convert Case to Chapter 7*, (the "Motion To Dismiss"), [ECF Doc. 61], filed by David W. Asbach, the United States Trustee for Region 5 (the "UST"), and the *Debtor's Motion Authorizing Use of Cash Collateral and Payment of Adequate Protection*, (the "Cash Collateral Motion"), [ECF Doc. 78], filed by Robin R. DeLeo on behalf of BKDJ Investment, LLC (the "Debtor"). Also before the Court is the *Debtor's* Ex Parte *Motion To Continue Status Conference and Related Hearings*, (the "Motion To Continue"), [ECF Doc. 117], filed by the Debtor.

For the reasons stated on the record,

**IT IS ORDERED** that the Motion to Dismiss is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** that the above-captioned case is **CONVERTED** from Chapter 11 to Chapter 7 of the Bankruptcy Code.

**IT IS FURTHER ORDERED** that the United States Trustee shall appoint a Chapter 7 Trustee.

**IT IS FURTHER ORDERED** that the Debtor shall:

i. Turn over to the Chapter 7 Trustee all records and property of the estate under its possession or control, pursuant to Fed. R. Bankr. P. 1019(4);

ii. Not later than fourteen (14) days after entry of this order, file a schedule of unpaid debts incurred after the filing of the petition and before conversion of this case, including the name and address of each holder of a claim, pursuant to Fed. Bankr. P. 1019(5)(A)(i);

iii. Not later than thirty (30) days after entry of this Order, file with the Court and transmit to the United States Trustee an accounting of all receipts and distributions made after the filing of the petition and before conversion of this case, pursuant to Fed. R. Bankr. P. 1019(5)(A)(ii); and

iv. Not later than fourteen (14) days after entry of this order, file any schedules and statements required by Fed. R. Bankr. P. 1007 and 1019(1)(A).

**IT IS FURTHER ORDERED** that the Cash Collateral Motion and the Motion To Continue are **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the Movant shall serve this Order via first-class U.S. Mail on the required parties who will not receive a copy through the Court's CM/ECF system pursuant to the Federal Rules of Bankruptcy Procedure and this Court's Local Rules and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, October 2, 2024.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE